**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2248**

CHOO WASHBURN,

        Plaintiff - Appellant,

   v.

JOHN NUNEZ; BETHESDA-CHEVY CHASE BUILDERS, LLC,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:19-cv-02227-TDC)

Submitted: May 20, 2021                        Decided: May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Choo Washburn, Appellant Pro Se. Kristin E. Draper, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA, Potomac, Maryland; Yona Elizabeth Cohen, FIDELITY NATIONAL LAW GROUP, Vienna, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Choo Washburn appeals the district court's orders dismissing her complaint and denying as moot her motion for a hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washburn v. Nunez*, No. 8:19-cv-02227-TDC (D. Md. Oct. 22, 2020). We also deny Washburn's motion to consolidate the appeal with a later-filed appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*